# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq. #
Robert M. Schechter, Esq. ♦
Nicole D. Walker, Esq. #
**Of Counsel**
Jasmine Hernandez, Esq. #

\# Admitted in NY
\* Admitted in NY & CT
♦ Admitted in NY, DC & US Tax Court

*Defendant Chitor's application to travel from the United States to Hyderabad India from December 15, 2023, through January 3, 2024 is GRANTED. The Clerk of the Court is directed to terminate the letter motion at docket number 12.*

*Dated: November 8, 2023*
*New York, New York*

November 2, 2023

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
**Via ECF**

Re:   **United States of America v. RAMESH CHITOR**
       **Criminal Docket No. 22-CR370(LGS)**

Your Honor:

    This firm represents Mr. Ramesh Chitor, in connection with the above captioned docket. We are respectfully requesting that Mr. Chitor be granted permission to travel with his wife and two teenage children from San Francisco California to Hyderabad India. The dates of travel are December 15, 2023, through January 3, 2024. Specifically on December 15, 2023, he is leaving the United States, landing in India on December 17, he is leaving India on January 2, 2024, and arriving back in the United States on January 3, 2024. This trip is to visit with his ailing, bedridden father.

    Mr. Chitor has been reporting without issues to pretrial services in California where he has resided since his arraignment on this matter in July 2022. He has continued to be in perfect compliance with all the terms and conditions of his release and maintains a respectful relationship with pretrial services. Bradley Wilson of the United States Pretrial Services consents and has no objection to this request for the two-week modification of the travel restriction. Further, based upon the approval of pretrial services, Assistant United

1

2

States Attorney Adam Hobson does not oppose this limited modification. Details of the trip, including flight logs, have been provided to pretrial services and the government.

      Mr. Chitor and has family would be grateful if the Court would grant him permission for this trip. Mr. Chitor will continue to follow any conditions Your Honor directs.

Sincerely,

ROBERT M. SCHECHTER, ESQ.

**CC Via ECF**
AUSA Adam Hobson
AUSA Noah Solowiejczyk

**CC Via Email**
USPSO Bradley Wilson
Brad_Wilson@canpt.uscourts.gov