```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA,                                 :
                                                            :
                                                            :    22 Cr. 370 (LGS)
                   -against-                                :
                                                            :    SCHEDULING ORDER
  RAMESH CHITOR,                                            :
                                            Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Ramesh Chitor's sentencing hearing will be held on **June 10, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  The Government's sentencing submission shall be filed by **May 20, 2024**.  Defendant's pre-sentencing submission, if any, shall be filed on or before **May 23, 2024**.

Dated: February 27, 2024
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE