UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                  22 Cr. 370 (LGS)

                                      ORDER
    RAMESH CHITOR,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing currently scheduled for June 10, 2024, is adjourned **July 15, 2024, at 11:00 a.m.** due to a conflict in the Court's calendar.

Dated: June 6, 2024
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**