# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833 9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq.#
Robert M. Schechter, Esq.♦
Nicole D. Walker, Esq.#
**Of Counsel**
Jasmine Hernandez, Esq.#

\# Admitted in NY
\* Admitted in NY & CT
♦ Admitted in NY, DC &
   US Tax Court

August 19, 2024

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Via ECF**

    Re:   **United States of America v. RAMESH CHITOR**
            **Criminal Docket No. 22-CR370(LGS)**

Your Honor:

    While at sentencing your honor indicated that we could file to have his money, posted previously, be used to satisfy the judgment. With the consent of the US Attorney's Office I am requesting that pursuant to 28 U.S.C. § 2044 directing that the $40,000 cash posted by the Defendant to secure his release on bail, in this case, be applied directly to the Defendants outstanding Forfeiture Judgment. Title 28, United States Code, Section 2044 provides that the Court shall, "[on] motion of the United States attorney ... order any money belonging to and deposited buy ... the defendant ... for the purposes of a criminal appearance bail bond ... to be held and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the defendant." The Defendant was ordered to pay a fine ($10,000), a special assessment ($400.00), and a Forfeiture Judgment ($1,244,801). He has since paid half of the Forfeiture Judgment and all the fine and assessment fees.

    The Government makes this motion jointly with the Defendant, such that the parties believe this motion constitutes a notion of the United States Attorney for the purposes of 28 U.S.C. . § 2044. If this is acceptable to the Court, please sign where I have written below.

Sincerely,

ROBERT M. SCHECHTER, ESQ.
Tilem & Associates, PC
Attorney for Mr. Chitor

Application granted. This motion by the United States and the Defendant is granted. The Court orders that Mr. Chitor's bail bond, **($40,000)**, be paid over to the United States Attorney to be applied to the payment of the Forfeiture Judgment imposed by the Court as part of the judgment in this case.

SO ORDERED

Dated: August 19, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2